## MICHIGAN BELL TELEPHONE CO. *v.* CITY OF DETROIT.

No. 497.   Decided November 15, 1965.*

*Thomas G. Long, James M. Smith* and *Donald E. Brown* for appellant in No. 497.   *Harvey A. Fischer* and *Richard Ford* for appellant in No. 498.

*John H. Witherspoon* for appellee.

PER CURIAM.

The motions to dismiss are granted and the appeals are dismissed for want of jurisdiction.   Treating the papers whereon the appeals were taken as petitions for writs of certiorari, certiorari is denied.

## FERNANDEZ *v.* BABARE ET UX.

No. 610, Misc.   Decided November 15, 1965.

*Howard R. Lonergan* for appellant.

PER CURIAM.

The appeal is dismissed for want of a substantial federal question.

---

*Together with No. 498, *Detroit Edison Co.* v. *City of Detroit,* also on appeal from the same court.